IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KNOLL, INC. | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-cv-00293 |
| | § | |
| OUR FINE INTERIOR SOLUTIONS, L.P. | § | |
| d/b/a THE OFIS, TEXAS OUR FINE | § | |
| INTERIOR SOLUTIONS, L.L.C., WILLIAM | § | |
| R. CRAWMER a/k/a W.R. CRAWMER | § | |
| AND ANDREA M. CRAWMER | § | |
| | § | |
| DEFENDANTS | § | |

## ORDER DISMISSING ALL CLAIMS

On this day, the Court considered the Agreed Motion to Dismiss filed by Plaintiff/Counter-Defendant KNOLL, INC. ("Knoll") and Defendants/Counter-Plaintiffs OUR FINE INTERIOR SOLUTIONS, L. P. d/b/a The OFIS ("The OFIS"), TEXAS OUR FINE INTERIOR SOLUTIONS, L.L.C., ("Texas OFIS"), WILLIAM R. CRAMER a/k/a W.R. Crawmer, an individual, and ANDREA M. CRAWMER, an individual (collectively, the "Crawmers") (The OFIS, Texas OFIS and the Crawmers are collectively referred to as "The OFIS Parties"). The Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted by Knoll against The OFIS Parties and all claims asserted by The OFIS Parties against Knoll in this case are dismissed with prejudice, except for the claims asserted by Knoll against The OFIS, William R. Crawmer and Texas OFIS relating to indemnification obligations in connection with the Cemex Lawsuit, which claims shall be dismissed without prejudice. All costs of this suit and attorneys' fees are hereby taxed against the party incurring same. It is further,

ORDERED, ADJUDGED AND DECREED that the Court retains jurisdiction to enforce the Confidential Settlement Agreement and Mutual Release entered into by Knoll and The OFIS Parties effective August 10, 2017.

Signed this 21 day of August, 2017.

_____
JUDGE GRAY H. MILLER